**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01713-REB-DLW

BORGE JENSEN,

    Plaintiff,

v.

FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, a Michigan corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion For Dismissal With Prejudice** [#29][1] filed October 11, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the  **Stipulated Motion For Dismissal With Prejudice** [#29] filed October 11, 2011, is **GRANTED**; and

    2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated October 11, 2011, at Denver, Colorado.

                                    **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.